**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JESSE WALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-2710 (UNA) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby

ORDERED that Plaintiff's application for leave to proceed *in forma pauperis* [2] is GRANTED; it is further

ORDERED that the complaint [1] and this civil action is DISMISSED for the same reasons set forth in *Wall v. Wingo*, No. 25-cv-4537 (D.D.C. June 18, 2026). In all material respects, the complaints in the two actions are identical.

This is a final appealable Order.

The Clerk of Court shall TERMINATE this case.

SO ORDERED.

AMIT P. MEHTA
United States District Judge

DATE: September 2, 2026